# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>*EDUARDO FIGUEROA SANTANA*<br><br>*xxx–xx–4527*<br>Debtor(s) | Case No. 11–06983–ESL7 ESL<br><br>Chapter 7<br><br><br><br>FILED & ENTERED ON<br>*8/19/11* |

## *NOTICE OF DEFICIENT FILING AND POSSIBLE DISMISSAL*

Pursuant to General Order 06–01, the petition filed by you is deficient for the reason(s) set forth below. Failure to cure the deficiency on or before two (2) business days after this notice is given, will result in the bankruptcy case being dismissed with no further notice.

- ☐ Notice to Individual Consumer Debtor [Official Form 201] : signed by debtor (N/A if ProSe)
- ☐ Voluntary Petition [Official Form 1]: signed by attorney and debtor(s)
- ☐ Statement of Social Security Number(s) [Official Form B21]
- ☐ Corporate Resolution/Corporate Ownership Statement
- ☑ Fee (Payment due at time of filing) OR;
    - ☐ Application to Pay Filing Fee in Installments [Official Form 3A]
    - ☐ Application for Waiver of the Chapter 7 filing Fee [In Forma Pauperis] [Official Form B3B]
- ☐ Creditor Mailing Matrix not Uploaded into CM/ECF
- ☐ Chapter 11: List of Creditors Holding 20 Largest Unsecured Claims [Official Form 4]
- ☐ Other:

*MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

Cc. Debtor via regular mail
Attorney via CM/ECF
Trustee via CM/ECF

By: *Carlos Torres*
Deputy Clerk